1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT BURROWS, | \|\| | Case No. 4:97-cv-03067 SBA |
| | \|\| | |
| Plaintiff, | \|\| | [PROPOSED] ORDER |
| | \|\| | |
| v. | \|\| | |
| | \|\| | |
| MICHAEL J. ASTRUE, | \|\| | |
| Commissioner of Social Security, | \|\| | |
| | \|\| | |
| Defendant. | \|\| | |
| _____ | \|\| | |

Plaintiff filed this action pursuant to 42 U.S.C. § 405(g) of the Social Security Act for judicial review of a final decision of the Commissioner of Social Security, denying his application for benefits. On February 18, 1998, this Court entered an order remanding this case pursuant to 42 U.S.C. § 405(g), sentence six in order to locate the claim file and hearing tape, or, if the same could not be located within a reasonable time, for further administrative proceedings including a new hearing and

new decision. On remand after a de novo hearing, in a decision dated April 27, 1998, the Commissioner issued a fully favorable decision awarding Plaintiff benefits.

The Court orders as follows:

IT IS ORDERED that Judgment be hereby entered in favor of Plaintiff, affirming the April 27, 1998, post-remand, final decision of the Commissioner of Social Security.

Dated: 10/25/11

*Saundra B Armstrong*
THE HON. SAUNDRA B. ARMSTRONG
United States District Judge

2